ROLLER v. BURKETT et al.† (Circuit Court of Appeals, Fifth Circuit. November 30, 1914.) No. 2590. Appeal from the District Court of the United States for the Eastern District of Texas; Gordon E. Russell, Judge. Thomas J. Gibson, of Mexia, Tex., and John E. Roller, of Harrisonburg, Va., for appellant. Chas. S. Todd, of Texarkana, Tex., and A. D. Preston, of Beckley, W. Va., for appellees. Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. This case, submitted on a motion to dismiss the appeal and on the merits, having been carefully considered, we conclude that, while there may be some question as to whether the appeal was taken or sued out within the time fixed by the statute, there is no doubt that on the merits of the case the decree of the District Court was correct, and should be affirmed; and it is so ordered.

---

TEXAS & P. RY. CO. v. BIGGER et al. (Circuit Court of Appeals, Fifth Circuit. December 9, 1914. Rehearing Denied January 5, 1915.) No. 2648. In Error to the District Court of the United States for the Western District of Texas; Thomas S. Maxey, Judge. T. D. Cobbs, of San Antonio, Tex., for plaintiff in error. H. C. Carter, P. J. Lewis, Ernest Fellbaum, and Claud J. Carter, all of San Antonio, Tex., for defendants in error. Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. We find none of the assignments of error in this case well taken. With regard to excessive damages, see Alpha Portland Cement Co. v. Curzi, 211 Fed. 580–587, 128 C. C. A. 180, and cases there cited. The judgment of the District Court is affirmed.

---

TEXAS & P. RY. CO. v. HARTFORD FIRE INS. CO. et al. (Circuit Court of Appeals, Fifth Circuit. January 6, 1915.) No. 2678. In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. Action by the Hartford Fire Insurance Company and another against the Texas & Pacific Railway Company. Judgment for plaintiffs, and defendant brings error. Affirmed. F. H. Prendergast, of Marshall, Tex., for plaintiff in error. S. P. Jones, of Marshall, Tex. (William Thompson, of Dallas, Tex., on the brief), for defendants in error. Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. We think it follows, from the decision in the companion case of Texas & Pacific Railway Co. v. Rosborough, Home Insurance Company, North British & Mercantile Company, et al. (December 14, 1914) 235 U. S. 429, 35 Sup. Ct. 117, 59 L. Ed. ——, that there was no reversible error in the rulings in this case which are urged as grounds for a reversal, and that the judgment should be affirmed; and it is so ordered.